

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-20-00106-CV

**SINKIN & BARRETTO, P.L.L.C.** and Stephanie Bandoske as Personal Representative of the Estate of Arthur Gregory Augustine, Deceased,
Appellants

v.

Martha **MCCRACKEN** and Cohesion Properties, Ltd.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00637
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

In this accelerated appeal, after we granted Appellants' first motion for extension of time to file the brief, we set it due on April 29, 2020. Before the due date, Appellants filed an unopposed second motion for a thirty-day extension of time to file their brief.

Appellants' motion is GRANTED. Appellants' brief is due on May 29, 2020. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court